49628. RUCKER v. THE STATE.

BELL, Chief Judge.
The defendant was convicted by a jury of two accusations of selling liquor in a dry county. The court sentenced him to 12 months confinement on each accusation to run consecutively. An incomplete transcript of the evidence has been included in the record on appeal. *Held:*

1. Conviction of this crime authorizes misdemeanor punishment. Code § 58-123; Code Ann. § 27-2506. The crimes were alleged and admitted in appellant's brief to have occurred at different times but on the same day. Thus they were separate ones authorizing a separate penalty as to each. As the respective sentences were not greater than the maximum sentence provided by law, they are not excessive. *Jones v. State,* 219 Ga. 848 (136 SE2d 358).

2. The other enumeration of error concerns a part of the charge to the jury. To properly evaluate this claim of error requires a consideration of all the evidence. As only an incomplete transcript has been submitted on appeal, we cannot review this enumeration. See *Brown v. State,* 223 Ga. 540 (156 SE2d 454).

*Judgment affirmed. Quillian and Clark, JJ., concur.*

ARGUED SEPTEMBER 9, 1974 — DECIDED OCTOBER 22, 1974 — REHEARING DENIED OCTOBER 30, 1974.

*Culpepper & Culpepper, Sampson M. Culpepper,* for appellant.
*Fred M. Hasty, District Attorney, Stephen Pace, Jr., Assistant District Attorney,* for appellee.